UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL STAR DAIRY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMBER TRUCKING, INC., <br><br> Defendant. | 1:13-cv-00947 AWI SKO <br><br> NEW CASE NUMBER: <br><br> **1:13-cv-00947 SKO** <br><br> **ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Anthony W. Ishii, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:13-cv-00947 SKO**

IT IS SO ORDERED.

Dated:   November 13, 2013                    _____

                                              SENIOR DISTRICT JUDGE

1