1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

ALL STAR DAIRY ASSOCIATION,
INC.,

12

Plaintiff,

13

v.

14

AMBER TRUCKING, INC.,

15

Defendant.

16

1:13-cv-00947 AWI SKO

NEW CASE NUMBER:

**1:13-cv-00947 SKO**

**ORDER REASSIGNING CASE**

17
18
19
20

        All parties having executed consent forms, it is ordered that this matter be reassigned from

the docket of United States District Judge Anthony W. Ishii, to the docket of United States

Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

21

        To prevent a delay in documents being received by the correct judicial officer, the new

case number listed below should be used on all future documents.

22
23

**1:13-cv-00947 SKO**

24

IT IS SO ORDERED.

25

Dated:   November 13, 2013

26

_____

SENIOR  DISTRICT  JUDGE

27
28

1