1  C. FREDRICK MEINE III #203889
   REMA M. KOLIGIAN #263918
2  COLEMAN & HOROWITT, LLP
   499 W. Shaw Avenue, Suite 116
3  Fresno, California 93704
   Telephone:  (559) 248-4820
4  Facsimile:   (559) 248-4830

5  Attorneys for Plaintiff,
   ALL STAR DAIRY ASSOCIATION, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 ALL STAR DAIRY ASSOCIATION, INC.,      Case No. 1:13-CV-00947-SKO
   A Kentucky corporation,
11
                Plaintiff,                **STIPULATION AND ORDER TO
12                                        VACATE SETTLEMENT
          v.                              CONFERENCE**
13
   AMBER TRUCKING, INC., a California
14 corporation; and DOES 1 through 25,
   inclusive,
15
                Defendants.
16

17        **WHEREAS**, a Settlement Conference is scheduled for May 8, 2014, at 10:00

18 a.m. in Courtroom 9 before United States Magistrate Judge Stanley A. Boone;

19        **WHEREAS**, the parties agree to stipulate to vacate the Settlement Conference

20 as the parties believe it will be neither productive nor meaningful in resolving the case;

21        **WHEREAS**, the parties wish to conserve the Court's resources and time;

22        **WHEREAS**, the parties agree that if settlement negotiations commence at a

23 future time, the parties can schedule a new Settlement Conference date;

24        **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff

25 ALL STAR DAIRY ASSOCIATION, INC., and Defendant AMBER TRUCKING, INC., by

26 and through their counsel, that the Settlement Conference scheduled for May 8, 2014 be

27 vacated.

28

                                      1

| | | |
|---|---|---|
| 1 | DATED:  May 30, 2014 | **COLEMAN & HOROWITT, LLP** |
| 2 | | |
| 3 | | By: /s/ C. Fredrick Meine III |
| 4 | | C. FREDRICK MEINE III<br>Attorneys for Plaintiff, |
| 5 | | ALL STAR DAIRY ASSOCIATION, INC. |

7

8  DATED:  May 30, 2014            **WANGER JONES HELSLEY PC**

9

10               By:  /s/ Michael S. Helsley
                 MICHAEL S. HELSLEY
11               Attorneys for Defendant,
                 AMBER TRUCKING, INC.

12

13     The Court having reviewed the stipulation of the parties and finding that good cause

14 exists for vacating the Settlement Conference, hereby confirms the stipulation and vacates the

15 Settlement Conference date of May 8, 2014.

16

17 IT IS SO ORDERED.

18   Dated:   **May 1, 2014**                              _____
                                                           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28